**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00632-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JERRY D. STOROVICH,

      Applicant,

v.

GRANT COUNTY, NEBRASKA, and
STATE OF NEBRASKA,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, a Colorado state prisoner, has submitted to the court an Application for

a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).  As part of the

court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the

document is deficient as described in this order.  Applicant will be directed to cure the

following if he wishes to pursue his claims.  Any papers that Applicant files in response

to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>xx</u>    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing
(4)   <u>xx</u>    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing authorization to calculate and disburse filing fee payments
(7)   __    is missing an original signature by the prisoner
(8)   __    is not on proper form (must use the court's current form)

(9)     __     names in caption do not match names in caption of complaint, petition or
               habeas application
(10)    xx     other: motion and supporting documents are necessary only if $5.00 filing
               fee is not paid in advance.

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    __     is not on proper form
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. ___
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     names in caption do not match names in text
(17)    __     addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(18)    __     other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty
(30) days from the date of this order**.  Any papers that Applicant files in response to
this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's
Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas
Corpus Action form (with the assistance of his case manager or the facility's legal
assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies
**within thirty (30) days from the date of this order**, the action will be dismissed
without further notice.  The dismissal shall be without prejudice.

DATED March 27, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                         s/ Gordon P. Gallagher_____
                                        United States Magistrate Judge